tion by Benjamin F. Cory against the Boston & Maine Railroad.

PER CURIAM. Judgment and order unanimously affirmed, with costs.

BETTS, J., not sitting.

COX, Respondent, v. CADILLAC HOTEL CO., Appellant. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Bernard Cox against the Cadillac Hotel Company. L. E. Warren, for appellant. D. R. Almy, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

SCOTT and MILLER, JJ., dissent.

CROOKER, Respondent, v. BROWN et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by William H. Crooker, as executor of the last will and testament of Erwin W. Crane, deceased, against Robert G. Brown and others.

PER CURIAM. Judgment modified, by striking out the provisions thereof with respect to sale of the property by referee, and by inserting in place thereof the usual provision as to enforcing judgment by sale on execution of the real property in controversy, and, as so modified, judgment is unanimously affirmed, without costs of the appeal to either party.

SEWELL, J., not sitting.

CROWLEY, Appellant, v. JACOBS, Respondent. (Supreme Court, Appellate Division, First Department. November 1, 1911.) In the matter of William Crowley against Charles Jacobs. A. S. Gilbert and A. G. Meyer, for appellant. T. Farley and J. J. Dooling, for respondent. No opinion. Order affirmed. Order filed.

In re CUMMUSKEY. (Supreme Court, Appellate Division, First Department. November 1, 1911.) Appeal from Special Term, New York County. In the matter of objections of Hugh J. Cummuskey to the Independent certificate of nomination of Valentine A. Schutz. From an order sustaining objections, Schutz appeals. Affirmed. A. S. Gilbert, for appellant. T. Farley, for respondent.

PER CURIAM. An examination of the certificate of nomination satisfies us that there are not 500 genuine names attached to the certificate, and for that reason the order appealed from is affirmed.

In re DASTLER. (Supreme Court, Appellate Division, First Department. November 24, 1911.) In the matter of Pauline Dastler, deceased. No opinion. Decree affirmed, with costs. Order filed.

DAVID MAYER BREWING CO., Respondent, v. HOPKO, Appellant. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by the David Mayer Brewing Company against Andro Hopko. N. Blank, for appellant. W. Klingenstein, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

INGRAHAM, P. J., and MILLER, J., dissent.

DAVIGNON, Respondent, v. BROOKLYN COOPERAGE CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Mary Davignon, as administratrix, etc., of Amedee Davignon, deceased, against the Brooklyn Cooperage Company. No opinion. Judgment and order unanimously affirmed, with costs.

DE ACOSTA, Appellant, v. BUTLER, Respondent. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Beatrice De Acosta against Joseph G. Butler, Jr. C. A. Winter, for appellant. R. L. Maynard, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DE FREEST v. DE FREEST. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Herbert E. De Freest against Edith J. De Freest. No opinion. Order affirmed, with $10 costs and disbursements to defendant.

DEGENKOLB, Appellant, v. ROTH, Respondent. (Supreme Court, Appellate Division, First Department. October 20, 1911.) Action by Max Degenkolb against Max Roth. W. E. Douel, for appellant. B. G. Heyn, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

DE JONG v. B. G. BEHRMAN CO. et al. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Jacob De Jong against B. G. Behrman Company and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 131 N. Y. Supp. 1083.

DE LACY, Appellant, v. KELLY et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 11, 1911.) Action by George C. De Lacy against William F. Kelly, Jr., and others. No opinion. Motion denied, without costs, on condition that the defendants within five days substitute a bond as required by the terms of the order; otherwise, motion granted, with $10 costs. See, also, 130 N. Y. Supp. 1109.

DE LAPLANTE LUMBER CO., Respondent, v. GEORGE ALEXANDER CO., Appellant. (Supreme Court, Appellate Division,